UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CHARLES COOK #128535,

    Plaintiff,

File no: 1:11-CV-637

v.

HON. ROBERT HOLMES BELL

UNKNOWN CASHLER, et al.,

    Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

On March 5, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R"). (Dkt. No. 59.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the March 5, 2013, R&R (Dkt. No. 59) is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions (Dkt. Nos. 39, 45, 50, 56) are **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Jackson's motion to dismiss (Dkt. No. 31) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Galiton, Gibson, Scrivens, Watson,

Sutherby, McLellan, and Cashler's motions for summary judgment (Dkt. Nos. 18, 25, 35, 37) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for declaratory relief against Defendant Jackson is **DISMISSED** as moot, Plaintiff's claims against Defendant Wakefield are **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2),1915A, and 42 U.S.C. § 1997e(c) for failure to state a claim upon which relief can be granted, and Plaintiff's claims against Defendants Galiton, Gibson, Scrivens, Watson, Sutherby, McLellan, and Cashler are **DISMISSED** for failure to properly exhaust any claim against said Defendants.


Dated: March 25, 2013                         /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE

2